1

2

3

4

5

6

7                     IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10   Butter Licensing, LLC,                    NO. C 10-01711 JW

11                    Plaintiff,               **ORDER VACATING PRELIMINARY**
                                               **PRETRIAL CONFERENCE**
        v.

12
     Pure Entertainment, LLC,
13
                     Defendant.
14   _____/

15          This case is scheduled for a Preliminary Pretrial Conference on February 14, 2011.  On

16   February 4, 2011, pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court,

17   the parties conferred and duly submitted a Joint Pretrial Statement.  (See Docket Item No. 22.)  In

18   the Statement, the parties indicate that Plaintiff anticipates filing a dispositive motion in this case.

19   On August 25, 2010, the Court issued a Scheduling Order setting May 16, 2011 as the last date for

20   hearing dispositive motions.  (See Docket Item No. 17.)  Thus, given the unique nature of this case

21   as an appeal from a decision by the Trademark Trial and Appeal Board, the Court finds good cause

22   to VACATE the scheduled Pretrial Conference and set a briefing schedule for Plaintiff's anticipated

23   dispositive Motion.

24          Accordingly, the Court orders as follows:

25          (1)     The hearing on Plaintiff's dispositive Motion will be held on **May 16, 2011 at 9 a.m.**

26          (2)     On or before **April 11, 2011**, Plaintiff shall file its Motion.

27          (3)     On or before **April 25, 2011**, Defendant shall file its Opposition to Plaintiff's Motion.

28          (4)     On or before **May 2, 2011**, Plaintiff shall file its Reply to Defendant's Opposition.

**United States District Court**
For the Northern District of California

1     The Court will set a new Conference date in its Order addressing Plaintiff's dispositive

2   Motion, if necessary.

3

4   Dated:  February 9, 2011

_____
JAMES WARE
United States District Chief Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2
Craig Sheridan Miller cmiller@wmlawfirm.com
Jeffrey E. Faucette jfaucette@tcolaw.com

3
Jonathan Alan Patchen jpatchen@tcolaw.com
William Steven Weisberg wweisberg@wmlawfirm.com

4

5
**Dated:  February 9, 2011**                                   **Richard W. Wieking, Clerk**

6

7
                                                                **By:    /s/ JW Chambers                    **
                                                                       **Elizabeth Garcia**

8
                                                                       **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California