IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BUTLER LICENSING, LLC, | NO. 5:10-cv-01711-EJD |
| Plaintiff(s), | **ORDER ADOPTING MODIFIED BRIEFING SCHEDULE ON ANTICIPATED DISPOSITIVE MOTION** |
| v. | |
| PURE ENTERTAINMENT, LLC, | |
| Defendant(s). | |

This case was transferred to this Court on April 25, 2011 (See Docket Item No. 27). Pursuant to the April 25 Reassignment Order of this Court, the parties conferred and duly submitted a Joint Case Management Statement (See Docket Item No. 28). Based on their joint submission, it appears that a modified briefing schedule for the anticipated dispositive motion case can be set without the necessity of an appearance at this time. Accordingly, the deadlines set in the March 8, 2011 Order (See Docket Item No. 26) are vacated and the parties' proposed schedule is adopted as follows:

(1) The hearing on Plaintiff's dispositive Motion is set for on **November 4, 2011 at 9 a.m.;**

(2) On or before **September 15, 2011**, Plaintiff shall file its Motion;

(3) On or before **October 6, 2011**, Defendant shall file its Opposition to Plaintiff's Motion;

(4) On or before **October 20, 2011**, Plaintiff shall file its Reply to Defendant's Opposition.

The Court will set a new date for a Preliminary Pretrial Conference in its Order addressing Plaintiff's dispositive Motion, if necessary.

**IT IS SO ORDERED.**

Dated: August 16, 2011

EDWARD J. DAVILA
United States District Judge

1

NO. C 10-01711 EJD
ORDER MODIFYING BRIEFING SCHEDULE

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 | Craig Sheridan Miller cmiller@wmlawfirm.com
Jeffrey E. Faucette jfaucette@tcolaw.com
3 | Jonathan Alan Patchen jpatchen@tcolaw.com
William Steven Weisberg wweisberg@wmlawfirm.com

5 | **Dated:  August 16, 2011**                                    **Richard W. Wieking, Clerk**

**By:     /s/ EJD Chambers**
        **Elizabeth Garcia**
        **Courtroom Deputy**

NO. C 10-01711 EJD
ORDER MODIFYING BRIEFING SCHEDULE