William S. Weisberg (Cal. Bar No. 146284)
Craig S. Miller (Cal. Bar No. 139682)
**WEISBERG & MILLER**
654 Sacramento Street, 3rd Floor
San Francisco, CA 94111
415-296-7070
415-296-7060 (fax)
Attorneys for Plaintiff

Kenneth Sussmane
**MCCUE SUSSMANE & ZAPFEL, P.C.**
521 Fifth Avenue
New York, New York 10175
Telephone: (212) 931 5500
Facsimile: (212 931 5500
Attorneys for Plaintiff
Pro Hac Vice

IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila
9/1/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BUTTER LICENSING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PURE ENTERTAINMENT, LLC, <br><br> Defendant. | Case No.: CV-10-1711 (EJD) <br><br> **STIPULATION EXTENDING DISPOSITIVE MOTION HEARING** <br><br> Honorable Edward J. Davila |

IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for the parties that the briefing schedule for the anticipated dispositive motion and hearing related thereto shall be extended and adjourned pursuant to the agreed upon schedule as follows:

    a.    On or before October 13, 2011, Plaintiff shall file its motion.

    b.    On or before November 3, 2011, Defendant shall file its opposition to Plaintiff's motion.

    c.    On or before November 17, 2011, Plaintiff shall file its reply to Defendant's

TAYLOR & CO.
LAW OFFICES, LLP

1

opposition.

        d.    The hearing on Plaintiff's motion shall be set on December 2, 2011 at 9:00 a.m.

Dated: August 29, 2011        TAYLOR & COMPANY LAW OFFICES, LLP

By:    */s/ Jeffrey E. Faucette*
       Jeffrey E. Faucette
Attorneys for Defendant PURE ENTERTAINMENT, LLC

Dated: August 29, 2011        MCCUE SUSSMANE & ZAPFEL, P.C.

By:    */s/ Kenneth Sussmane*
       Kenneth Sussmane
Attorneys for Plaintiff BUTTER LICENSING, LLC

SO ORDERED:
A Case Management Conference is also set for December 2, 2011 at 10:00 AM.
The parties shall file a joint case management conference statement on or before November 22, 2011

_____
Edward J. Davila.
U.S.D.J.

DATED: September 1, 2011