William S. Weisberg (Cal. Bar No. 146284)
Craig S. Miller (Cal. Bar No. 139682)
**WEISBERG & MILLER**
654 Sacramento Street, 3rd Floor
San Francisco, CA 94111
415-296-7070
415-296-7060 (fax)
Attorneys for Plaintiff

Kenneth Sussmane
**MCCUE SUSSMANE & ZAPFEL, P.C.**
521 Fifth Avenue
New York, New York 10175
Telephone: (212) 931 5500
Facsimile: (212 931 5500
Attorneys for Plaintiff
Pro Hac Vice

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward J. Davila*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BUTTER LICENSING, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>PURE ENTERTAINMENT, LLC,<br><br>　　　Defendant. | Case No.: CV-10-1711 (EJD)<br><br>**STIPULATION** RE BRIEFING SCHEDULE<br><br>Honorable Edward J. Davila |

IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for the parties that the briefing schedule for the anticipated dispositive motion and hearing related thereto shall be extended and adjourned pursuant to the agreed upon schedule as follows:

　　　a.　　On or before November 17, 2011, Plaintiff shall file its motion.

　　　b.　　On or before December 8, 2011, Defendant shall file its opposition to Plaintiff's motion.

　　　c.　　On or before December 22, 2011, Plaintiff shall file its reply to Defendant's opposition.

STIPULATION: CASE NO. CV-10-1711 (EJD)

d. The hearing on Plaintiff's motion shall be set on January 13, 2012 at 9:00 a.m. Subject to the consent of the Court, however, the parties are willing to waive hearing and to have the Court deem the matter submitted based on the briefing and supporting declarations filed by the parties.

Dated: October 5, 2011                TAYLOR & COMPANY LAW OFFICES, LLP


By: _____/s/ Jeffrey E. Faucette_____
            Jeffrey E. Faucette

Attorneys for Defendant PURE ENTERTAINMENT, LLC


Dated: October 5, 2011                MCCUE SUSSMANE & ZAPFEL, P.C.


By: _____/s/ Kenneth Sussmane_____
            Kenneth Sussmane

Attorneys for Plaintiff BUTTER LICENSING, LLC

The Case Management Conference scheduled for 12/2/2011 is VACATED and rescheduled for 1/13/2012 at 10:00 a.m.  Joint Statement due on or before 1/6/2012.  **ABSENT EXTRAORDINARY CIRCUMSTANCES, THERE SHALL BE NO FURTHER EXTENSIONS OR CONTINUANCES.**
**IT IS SO ORDERED.**

_____ DATED: October 12, 2011
Edward J. Davila.
U.S.D.J.

1.