Robert L. Rosenthal, Esq.
State Bar No.: 173047
Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Ste. 1400
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-Mail Address: rlr@h2law.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BUTTER LICENSING, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> PURE ENTERTAINMENT, LLC, <br><br> Defendants. | Case No.: CV-10-1711 (EJD) <br><br> NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF BUTTER LICENSING, LLC <br><br> [PROPOSED] ORDER <br><br> Honorable Edward J. Davila |

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

Please take notice that Plaintiff Butter Licensing, LLC, hereby substitutes Howard & Howard Attorneys PLLC in place of Weisberg & Miller and McCue Sussmane & Zapfel, P.C., as its counsel of record in this action. The contact information for new counsel is as follows:

> Robert L. Rosenthal, Esq. (rlr@h2law.com)
> HOWARD & HOWARD ATTORNEYS PLLC
> 3800 Howard Hughes Parkway, Suite 1400
> Las Vegas, Nevada 89169
> Telephone: 702-257-1483
> Facsimile: 702-567-1568

-1-

1980761

Dated this 7 day of March, 2012.

Scott Sartiano, Member
On Behalf of Butter Licensing, LLC

Craig Sheridan Miller of the law firm of Weisberg & Miller and Kenneth Sussmane of the law firm of McCue Sussmane & Zapfel, P.C., does hereby consent to the above and foregoing substitution of attorneys.

Dated this 14 day of March, 2012.

Weisberg & Miller

Craig Sheridan Miller, Esq.
654 Sacramento Street
Third Floor
San Francisco, CA 94111

McCue Sussmane & Zapfel, P.C.

Kenneth Sussmane, Esq.
521 Fifth Avenue, 28th Floor
New York, NY 10175
Admitted Pro Hac Vice

### CONSENT TO SUBSTITUTION

Robert L. Rosenthal, Esq., does hereby accept the above and foregoing substitution as attorney for Plaintiff in the above-entitled matter.

Dated this 14 day of March, 2012.

Howard & Howard Attorneys PLLC

Robert L. Rosenthal, Esq.
3800 Howard Hughes Pkwy.
Suite 1400
Las Vegas, NV 89169

**IT IS SO ORDERED:**

Dated: March 15, 2012

UNITED STATES DISTRICT JUDGE

Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Ste. 1400
Las Vegas, NV 89169
(702) 257-1483

-2-

1980761

Dated this 7 day of March, 2012.

Scott Sartiano, Member
On Behalf of Butter Licensing, LLC

Craig Sheridan Miller of the law firm of Weisberg & Miller and Kenneth Sussmane of the law firm of McCue Sussmane & Zapfel, P.C., does hereby consent to the above and foregoing substitution of attorneys.

Dated this 13 day of March, 2012.

Weisberg & Miller

Craig Sheridan Miller, Esq.
654 Sacramento Street
Third Floor
San Francisco, CA 94111

McCue Sussmane & Zapfel, P.C.

Kenneth Sussmane, Esq.
521 Fifth Avenue, 28th Floor
New York, NY 10175
Admitted Pro Hac Vice

**CONSENT TO SUBSTITUTION**

Robert L. Rosenthal, Esq., does hereby accept the above and foregoing substitution as attorney for Plaintiff in the above-entitled matter.

Dated this 14th day of March, 2012.

Howard & Howard Attorneys PLLC

Robert L. Rosenthal, Esq.
3800 Howard Hughes Pkwy.
Suite 1400
Las Vegas, NV 89169

IT IS SO ORDERED:

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

-2-

1980761