Robert L. Rosenthal, Esq.
State Bar No.: 173047
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Ste. 1400
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-Mail Address: rlr@h2law.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BUTTER LICENSING, LLC,<br><br>                    Plaintiff,<br>vs.<br><br>PURE ENTERTAINMENT, LLC,<br><br>                    Defendants. | Case No.:  CV-10-1711 (EJD)<br><br>**STIPULATION AND ORDER TO DISMISS**<br><br>Honorable Edward J. Davila |

IT IS HEREBY AGREED AND STIPULATION, by the parties hereto that the above entitled matter be dismissed with prejudice, each party to bear its own costs and attorney's fees.

/ / /

/ / /

/ / /

-1-

There is currently no trial or hearings scheduled in this matter.

DATED this 12th day of July, 2012.

| HOWARD & HOWARD ATTORNEYS PLLC | SKAGGS FAUCETTE |
|---|---|
| /s/ Robert L. Rosenthal<br>Robert L. Rosenthal, Esq.<br>State Bar No.: 173047<br>3800 Howard Hughes Parkway, Suite 1400<br>Las Vegas, Nevada 89169<br>Telephone: 702-257-1483<br>Facsimile: 702-567-1568<br>E-Mail: rlr@h2law.com<br>Attorneys for Plaintiff | /s/ Jeffrey E. Faucette<br>Jeffrey E. Faucette, Esq.<br>State Bar No.: 193066<br>One Embarcadero Center, Suite 500<br>San Francisco, CA 94111<br>Telephone: 415-315-1669<br>Facsimile: 415-433-5994<br>E-Mail: jeff@skaggsfaucette.com<br>Attorneys for Defendant |

### ORDER

**IT IS HEREBY ORDERED.** The Clerk shall close this file.

DATED this  13th  day of  July , 2012.

_____
UNITED STATES DISTRICT JUDGE
EDWARD J. DAVILA

Respectfully submitted by:

/s/ Robert L. Rosenthal
Robert L. Rosenthal, Esq.
State Bar No.: 173047
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1400
Las Vegas, Nevada 89169
Telephone: 702-257-1483
Facsimile: 702-567-1568
E-Mail Address: rlr@h2law.com
Attorneys for Plaintiff