Robert L. Rosenthal, Esq.
State Bar No.: 173047
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Ste. 1400
Las Vegas, NV 89169
Telephone:  (702) 257-1483
Facsimile:  (702) 567-1568
E-Mail Address:  rlr@h2law.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BUTTER LICENSING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PURE ENTERTAINMENT, LLC,<br><br>Defendants. | Case No.:  CV-10-1711 (EJD)<br><br>**NOTICE OF ENTRY OF STIPULATION AND ORDER TO DISMISS**<br><br>Honorable Edward J. Davila |

PLEASE TAKE NOTICE that a Stipulation and Order to Dismiss was entered herein on July 13, 2012 a copy of which is attached hereto and made a part hereof.

DATED this 25th day of July, 2012.

HOWARD & HOWARD ATTORNEYS PLLC

/s/ Robert L. Rosenthal
Robert L. Rosenthal, Esq.
State Bar No.: 173047
3800 Howard Hughes Parkway, Suite 1400
Las Vegas, Nevada 89169
Attorneys for Plaintiff

Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Ste. 1400
Las Vegas, NV 89169
(702) 257-1483

-1-

**CERTIFICATE OF ELECTRONIC SERVICE**

I do hereby certify that on the 25th day of July 2012, I served a copy of the above

foregoing **NOTICE OF ENTRY OF STIPULATION AND ORDER TO DISMISS**

through the CM/ECF system of the United States District Court for the California Northern

District (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

Jeffrey E. Faucette, Esq.
Skaggs Faucette
One Embarcadero Center, Suite 500
San Francisco, CA  94111
Attorney for Defendant


/s/ Barbara Dunn
An employee of Howard & Howard Attorneys PLLC

Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Ste. 1400
Las Vegas, NV 89169
(702) 257-1483

-2-

1  Robert L. Rosenthal, Esq.
   State Bar No.: 173047
2  **Howard & Howard Attorneys PLLC**
3  3800 Howard Hughes Pkwy., Ste. 1400
   Las Vegas, NV 89169
4  Telephone:  (702) 257-1483
   Facsimile:  (702) 567-1568
5  E-Mail Address:  rlr@h2law.com
6  Attorney for Plaintiff

7                UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

9

10 BUTTER LICENSING, LLC,                    Case No.:  CV-10-1711 (EJD)

11                          Plaintiff,
12          vs.                             **STIPULATION AND ORDER TO
                                            DISMISS**
13 PURE ENTERTAINMENT, LLC,
                                            Honorable Edward J. Davila
14                          Defendants.
15

16
          IT IS HEREBY AGREED AND STIPULATION, by the parties hereto that the above
17
   entitled matter be dismissed with prejudice, each party to bear its own costs and attorney's
18
19 fees.

20

21

22

23

24

25

26 ///

27 ///

28 ///

*(left margin, vertical text)* Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Ste. 1400
Las Vegas, NV 89169
(702) 257-1483

1    There is currently no trial or hearings scheduled in this matter.

2    DATED this 12th day of July, 2012.

3

4

5    HOWARD & HOWARD ATTORNEYS PLLC        SKAGGS FAUCETTE

6    /s/ Robert L. Rosenthal                             /s/ Jeffrey E. Faucette
     Robert L. Rosenthal, Esq.                           Jeffrey E. Faucette, Esq.
7    State Bar No.: 173047                               State Bar No.: 193066
8    3800 Howard Hughes Parkway, Suite 1400              One Embarcadero Center, Suite 500
     Las Vegas, Nevada 89169                             San Francisco, CA 94111
9    Telephone: 702-257-1483                             Telephone: 415-315-1669
     Facsimile: 702-567-1568                             Facsimile: 415-433-5994
10   E-Mail: rlr@h2law.com                               E-Mail: jeff@skaggsfaucette.com
     Attorneys for Plaintiff                             Attorneys for Defendant
11

12

13

14                                        **ORDER**

15          **IT IS HEREBY ORDERED.** The Clerk shall close this file.

16          DATED this ___13th___ day of ___July_____, 2012.

17

18

19                                        _____
                                          UNITED STATES DISTRICT JUDGE
20                                        EDWARD J. DAVILA

21   Respectfully submitted by:

22

23   /s/ Robert L. Rosenthal
     Robert L. Rosenthal, Esq.
24   State Bar No.: 173047
     HOWARD & HOWARD ATTORNEYS PLLC
25   3800 Howard Hughes Parkway, Suite 1400
     Las Vegas, Nevada 89169
26   Telephone: 702-257-1483
     Facsimile: 702-567-1568
27   E-Mail Address: rlr@h2law.com
28   Attorneys for Plaintiff

Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Ste. 1400
Las Vegas, NV 89169
(702) 257-1483

-2-